**Order entered August 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00108-CV

**UNITED SERVICES PROFESSIONAL GROUP, INC.
D/B/A PYRAMID REALTY, ET AL., Appellants**

**V.**

**DAVID M. HURT, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-04892-I**

## ORDER

We **GRANT** appellants' August 19, 2014 unopposed second motion for an extension of time to file a brief. Appellants shall file their brief **on or before SEPTEMBER 30, 2014**. We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
          JUSTICE